UNITED STATES DISTRICT COURT FILED
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

2008 JAN 15 PM 3: 02

TEL (808) 541-1300
FAX (808) 541-1303

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

January 10, 2008

Clerk of Court
United States District Court
Central District of California (Western Division)
312 North Spring Street, Room G-8
Los Angeles, CA   90012

    Re: CR 04-00088HG-01
       USA vs. Charlie Hisatake
       Your case no.  LA 07-CR-01395-DDP

Dear Clerk,

    Pursuant to the Transfer of Jurisdiction, Probation form 22, we herewith enclosed certified copies of the following documents:
1) Criminal Complaint
2) Judgment
3) Transfer of Jurisdiction
4) Docket Sheet

    Kindly acknowledge receipt on the copy of the letter provided.

Sincerely,
Sue Beitia, Clerk
By _____
Laila Geronimo, Deputy Clerkk

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 17 2008
1:30 pm
DISTRICT OF HAWAII

lg
encls.
cc: U.S. Probation - Honolulu, HI

Received by: _____   Date: _____